RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 3 2020

JAMES N. HATTEN, Clerk
By: N̲B̲o̲w̲e̲n̲ Deputy Clerk

UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

B̲r̲e̲t̲t̲ ̲W̲a̲l̲k̲e̲r̲
Plaintiff

v.

Case Number: 1:20-CV-0498

C̲a̲r̲d̲ ̲S̲e̲r̲v̲i̲c̲e̲s̲ ̲S̲o̲l̲u̲t̲i̲o̲n̲s̲
Defendant
                                COMPLAINT

Defendant called Plaintiff's Do Not Call
Registered Phone multiple times. Then, on
January 6th, 2020, Plaintiff engaged
Defendant for services, only to learn that
services were not only fraudulent, but
violated the FTC's TSR, by charging up front
fees for debt consolidation.