UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 05 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Brett Walker
Plaintiff,

v.   Case Number: 1:20-CV-0498

Card Services Solutions
Defendant.

## AMENDED COMPLAINT

Dear Presiding Judge

Plaintiff is adding as Defendants:

Superior Payment Solutions Inc.
CCS Card Services Ltd. aka CCS Finances
Michelle Kowalick
Fahad Ai Khan

Brett Walker, Plaintiff   5 Feb '20
Date