IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRETT WALKER, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL CASE NO. |
| v. | : 1:20-cv-00498-JPB |
| | : |
| CARD SERVICES SOLUTIONS, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

This matter is before the Court on plaintiff Brett Walker's ("plaintiff") application for leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a). [Doc. 1]. However, after plaintiff filed his application for leave to proceed *in forma pauperis*, he paid the filing fee. See [Docket entry dated 02/05/2020]. Accordingly, plaintiff's application for leave to proceed *in forma pauperis*, [Doc. 1], is **DENIED** as moot. See Banks v. Wells Fargo Bank, NA, Civil Action No. 1:16–CV–1617–RWS, 2017 WL 5515897, at *1 (N.D. Ga. Jan. 9, 2017).

**IT IS SO ORDERED**, this 7th day of February, 2020.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE