## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 30 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

BRETT WALKER
               Plaintiff,

v.

SUPERIOR PAYMENT SOLUTIONS,
et al
               Defendants.

CIVIL ACTION
1:20-cv-00498-JPB-RGV

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully moves, pursuant to Fed. R. Civ. P. 6(b), to enlarge the time by fourteen days, to and including August 13th, 2020, within which to file his response to Defendants' Motion to Dismiss. Plaintiff was away from home and did not receive Defendants' July 16th Motion until July 25th.

Defendants counsel stated via email July 29, "Defendants will not oppose a motion for a 14-day extension of time to respond to the motion to dismiss"

For the foregoing reasons, Plaintiff respectfully requests the Court grant his motion to enlarge the time allowed to respond to the Motion to Dismiss.

Respectfully submitted,

Brett Walker
Plaintiff
435 Davis Road

Eastanollee, GA 30538
972-740-5846
applecore@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed

in person with the Clerk of The Court in Atlanta, Georgia, on this 30th day of July

2020; which once entered by the Clerk will generate Notices of Filing to all parties

that have signed up for CM/ECF. AND has been sent via email to all parties and

counsel of record.

By: _____

**Brett Walker**