UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 03 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

BRETT WALKER
        Plaintiff,

v.

SUPERIOR PAYMENT SOLUTIONS,
et al
        Defendants.

CIVIL ACTION
1:20-cv-00498-JPB-RGV

## NOTICE OF SERVICE OF SECOND AMENDED COMPLAINT

There was question (ECF 16) by Defendants' Counsel whether the Second Amended Complaint had been served. The Court ruled (ECF 20) "there should be no issue with service."

Out of an abundance of caution, and in an attempt to remove any question whether service of the Second Amended Complaint can ever be questioned, Plaintiff executed Service by email, using 'Rmail' for certification, on July 30, 2020. Proof of service is attached

Respectfully submitted,

Brett Walker
Plaintiff
435 Davis Road
Eastanollee, GA 30538
972-740-5846

applecore@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed by mail with the Clerk of The Court in Atlanta, Georgia, sent on this 30th day of July 2020; which once entered by the Clerk will generate Notices of Filing to all parties that have signed up for CM/ECF. AND has been sent via email to all parties and counsel of record.

By: _____

Brett Walker

 Gmail                                                        Brett Walker <applecore@gmail.com>

## Receipt: Filing
1 message

**Receipt** <receipt@r1.rpost.net>                                        Thu, Jul 30, 2020 at 3:42 PM
To: applecore@gmail.com

  

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net'

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| jbounds@carltonfields.com | Delivered and Opened | HTTP- IP:8.21.129.15 | 7/30/2020 7:04:56 PM (UTC) | 7/30/2020 12:04:56 PM (UTC -07:00) | 7/30/2020 12:30:27 PM (UTC -07:00) |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| From: | Brett Walker< applecore@gmail.com > |
|---|---|
| Subject: | Filing |
| To: | <jbounds@carltonfields.com> |
| Cc: | |
| Bcc: | |
| Network ID: | <CAGJ19oCes+8rNWvSjraez2Jxn3rEvitmffXJvpdcGsyYM3xIPA@mail.gmail.com> |
| Received by RMail System: | 7/30/2020 6:54:44 PM (UTC) |
| Client Code: | |

### Message Statistics

| Tracking Number: | DF55B9516F01F0124B8991FED8324DF7BF742D93 |
|---|---|
| Message Size: | 4015237 |
| Features Used: | R  RR |

| File Size : | File Name: |
|---|---|
| 472.2 KB | 21 - Second Amended Complaint.pdf |
| 2.3 MB | 25 - Motion for Enlargement of Time.jpg |

### Delivery Audit Trail

```
7/30/2020 7:04:48 PM starting carltonfields.com/{default} \n 7/30/2020 7:04:48 PM connecting from mta21.r1.rpost.net (0.0.0.0)
to us-smtp-inbound-2.mimecast.com (205.139.110.102) \n 7/30/2020 7:04:49 PM connected from 192.168.10.11:35673 \n
7/30/2020 7:04:49 PM >>> 220 us-smtp-1.mimecast.com ESMTP; Thu, 30 Jul 2020 15:04:49 -0400 \n 7/30/2020 7:04:49 PM
<<< EHLO mta21.r1.rpost.net \n 7/30/2020 7:04:49 PM >>> 250-us-smtp-1.mimecast.com Hello [52.58.131.9] \n 7/30/2020
7:04:49 PM >>> 250-AUTH PLAIN LOGIN \n 7/30/2020 7:04:49 PM >>> 250-STARTTLS \n 7/30/2020 7:04:49 PM >>> 250
HELP \n 7/30/2020 7:04:49 PM <<< STARTTLS \n 7/30/2020 7:04:49 PM >>> 220 Starting TLS
[R8ZSBTmEPbuYooDMcU8__w.us64] \n 7/30/2020 7:04:49 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-
GCM-SHA384 \n 7/30/2020 7:04:49 PM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com;
issuer=/C=US/O=DigiCert Inc/OU=www.digicert.com/CN=DigiCert SHA2 High Assurance Server CA; verified=no \n 7/30/2020
7:04:49 PM <<< EHLO mta21.r1.rpost.net \n 7/30/2020 7:04:49 PM >>> 250-us-smtp-1.mimecast.com Hello [52.58.131.9] \n
7/30/2020 7:04:49 PM >>> 250-AUTH PLAIN LOGIN \n 7/30/2020 7:04:49 PM >>> 250 HELP \n 7/30/2020 7:04:49 PM <<<
MAIL FROM:<rcptYmpeghsbvGC2g96M1Fv9rkN2WpBfRNNwGKJrWlqP@r1.rpost.net> \n 7/30/2020 7:04:49 PM >>> 250
Sender OK [R8ZSBTmEPbuYooDMcU8__w.us64] \n 7/30/2020 7:04:49 PM <<< RCPT TO:<jbounds@carltonfields.com> \n
7/30/2020 7:04:50 PM >>> 250 Recipient OK [R8ZSBTmEPbuYooDMcU8__w.us64] \n 7/30/2020 7:04:50 PM <<< DATA \n
7/30/2020 7:04:50 PM >>> 354 Start mail data, end with CRLF.CRLF [R8ZSBTmEPbuYooDMcU8__w.us64] \n 7/30/2020
7:04:51 PM <<< . \n 7/30/2020 7:04:56 PM >>> 250 SmtpThread-3917523-15961356895995@us-mta-64.us.mimecast.lan
Received OK [R8ZSBTmEPbuYooDMcU8__w.us64] \n 7/30/2020 7:04:56 PM <<< QUIT \n 7/30/2020 7:04:56 PM >>> 221
Service closing transmission channel [nz-xLOojNPCP2pfsCLslyg.us64] \n 7/30/2020 7:04:56 PM closed us-smtp-inbound-
2.mimecast.com (205.139.110.102) in=631 out=4017635 \n 7/30/2020 7:04:56 PM done carltonfields.com/{default}

[IP Address: 8.21.129.15] [Time Opened: 7/30/2020 7:30:27 PM] [REMOTE_HOST: 8.21.129.15] [HTTP_HOST:
open.r1.rpost.net] [SCRIPT_NAME: /open/images/YmpeghsbvGC2g96M1Fv9rkN2WpBfRNNwGKJrWlqP.gif]
HTTP_CONNECTION:Keep-Alive HTTP_ACCEPT:*/* HTTP_ACCEPT_ENCODING:gzip, deflate
HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 10.0; WOW64;
Trident/7.0; .NET4.0C; .NET4.0E; Tablet PC 2.0; .NET CLR 2.0.50727; .NET CLR 3.0.30729; .NET CLR 3.5.30729; Zoom
3.6.0; wbx 1.0.0; wbxapp 1.0.0; Microsoft Outlook 16.0.5017; ms-office; MSOffice 16) Connection: Keep-Alive Accept: */*
Accept-Encoding: gzip, deflate Host: open.r1.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 10.0;
WOW64; Trident/7.0; .NET4.0C; .NET4.0E; Tablet PC 2.0; .NET CLR 2.0.50727; .NET CLR 3.0.30729; .NET CLR 3.5.30729;
Zoom 3.6.0; wbx 1.0.0; wbxapp 1.0.0; Microsoft Outlook 16.0.5017; ms-office; MSOffice 16) /LM/W3SVC/5/ROOT 256 2048
C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045,
S=California, L=Los Angeles, STREET=6033 W.Century Blvd, O=RPost, OU=Network Operations, CN=*.r1.rpost.net 0 CGI/1.1
on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US,
PostalCode=90045, S=California, L=Los Angeles, STREET=6033 W.Century Blvd, O=RPost, OU=Network Operations,
CN=*.r1.rpost.net 5 /LM/W3SVC/5 192.168.10.186 /open/images/YmpeghsbvGC2g96M1Fv9rkN2WpBfRNNwGKJrWlqP.gif
8.21.129.15 8.21.129.15 64163 GET /open/images/YmpeghsbvGC2g96M1Fv9rkN2WpBfRNNwGKJrWlqP.gif open.r1.rpost.net
443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/YmpeghsbvGC2g96M1Fv9rkN2WpBfRNNwGKJrWlqP.gif Keep-Alive */* gzip,
deflate open.r1.rpost.net Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 10.0; WOW64; Trident/7.0; .NET4.0C; .NET4.0E;
Tablet PC 2.0; .NET CLR 2.0.50727; .NET CLR 3.0.30729; .NET CLR 3.5.30729; Zoom 3.6.0; wbx 1.0.0; wbxapp 1.0.0;
Microsoft Outlook 16.0.5017; ms-office; MSOffice 16)
```

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                   An RPost® Technology

**2 attachments**

📄 **DeliveryReceipt.xml**

6K


**HtmlReceipt.htm**
5291K

6

ATL GA 30305



Clerk - Filing Desk
GA - ND
75 Ted Turner Dr NW # 2211
Atlanta GA 30303



CLEARED
AUG - 3
U.S. Marshals
Atlanta, GA