UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRETT WALKER ) | |
| ) | |
|     Plaintiff, ) | Case No.: 1:20-cv-00498-JPB |
| ) | |
| v. ) | |
| ) | |
| SUPERIOR PAYMENT SOLUTIONS ) | |
| CCS FINANCES ) | |
| MICHELLE KOWALICK ) | |
| FAHAD IQBAL ) | |
| DEENPAL SINGH ) | |
| CYNTHIA NICHOLS ) | |
| ROLF LORENZ ) | |
| ) | |
|     Defendants. ) | |
| _____ ) | |

**NOTICE OF SETTLEMENT**

Defendants hereby give notice that the Parties have reached settlement. Plaintiff will be dismissing this Action. Each party shall be responsible for their own costs and fees.

Dated:       August 31, 2020

/s Justan C. Bounds
Justan C. Bounds, Esq.
Ga. Bar No. 399789
Carlton Fields, P.A.
1201 W. Peachtree Street, Suite 3000
Atlanta, Georgia 30309
T: 400-815-3400
jbounds@carltonfields.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and are available for viewing and downloading. An additional copy was sent to:

>Brett Walker
>435 Davis Road
>Eastanolle, GA 30538

This 31st day of August, 2020.

>*/s/ Justan C. Bounds*
>Georgia Bar No. 339789