# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Brett Walker | Civil Action No. |
| | 1:20-cv-498-JPB-RGV |
| v. | |
| | **MOTION TO DISMISS** |
| SUPERIOR PAYMENT | |
| SOLUTIONS et al, | |

COMES NOW, Plaintiff Brett Walker ("Walker"), and responds in accordance with the parties' settlement, mentioned in Docket No. 30. Walker respectfully moves this Court to dismiss the Second Amended Complaint, and any other present claims, against all Defendants, with prejudice.

Dated: October 26, 2020

Respectfully submitted,

Brett Walker, Plaintiff